WIDENER, Circuit Judge,
concurring and dissenting.
I concur in the result and in all of the opinion of the court except its discussion of good faith. I do not believe good faith should be objective; the two terms are contradictory, it seems to me.
I would approve the instruction this very court discussed approvingly in Tran Trong Cuong, 18 F.3d 1132, 1138 (4th Cir.1994), slip 22-23, and note that some or all of the instructions mentioned approvingly in the majority opinion, and based on good faith, do not mention objectivity as the standard. For example, see the two instructions in Moore, 423 U.S. 122, 138-39, 142 n. 20, 96 S.Ct. 335, 46 L.Ed.2d 333, (1975) and the instruction from Voorhies, 663 F.2d 30, 34 (1981) in the Sixth Circuit.
In such eases as here, the act in question is not in dispute, it is the intent of the actor into which inquiry is made.